

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00871-CR

Jamahr Dereginald **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9520W
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED January 21, 2015.


_____
Karen Angelini, Justice